■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GERRI L. BUNNELL, Appellant. [880 NYS2d 602]—Upon the Court's own motion, the memorandum and order entered February 6, 2009 (59 AD3d 942 [2009], *amended on rearg* 63 AD3d 1671 [2009]) is further amended by deleting "as a matter of discretion in the interest of justice and" from the ordering paragraph and by deleting the fifth sentence of the memorandum and substituting the following sentences: "We reach this issue sua sponte, and we note that preservation is not required inasmuch as the ' "essential nature" of the right to be sentenced as provided by law' is implicated (*People v Fuller,* 57 NY2d 152, 156 [1982]). To the extent that *People v Jackson* (23 AD3d 1057 [2005], *lv denied* 6 NY3d 814 [2006]) holds otherwise, it is no longer to be followed." Present: Smith, J.P., Centra, Peradotto and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND E. JOSEPH, III, Appellant. (Appeal No. 2.) [880 NYS2d 601]—Upon the Court's own motion, the memorandum and order entered June 5, 2009 (63 AD3d 1659 [2009]) is amended by deleting "as a matter of discretion in the interest of justice and" from the ordering paragraph and by deleting the penultimate sentence of the memorandum and substituting the following sentence: "We note that, although defendant failed to preserve his contention for our review (*see* CPL 470.05 [2]), preservation is not required inasmuch as the ' "essential nature" of the right to be sentenced as provided by law' is implicated (*People v Fuller*, 57 NY2d 152, 156 [1982])." Present: Martoche, J.P., Smith, Fahey, Carni and Green, JJ.